# INCORRECT ENTRY

# IMAGE AND ENTRY DELETED